GENTILE CRISTALLI
MILLER ARMENI SAVARESE
PAOLA M. ARMENI
Nevada Bar No. 8357
E-mail: parmeni@gcmaslaw.com
COLLEEN E. MCCARTY
Nevada Bar No. 13186
E-Mail: cmccarty@gcmaslaw.com
410 South Rampart Blvd., Suite 420
Las Vegas, Nevada 89145
Tel: (702) 880-0000
*Attorney for Plaintiffs Robin
And Beverly Bruins*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ROBIN BRUINS, individually; and BEVERLY BRUINS, individually;<br><br>Plaintiff(s),<br><br>vs.<br><br>COLONEL DENNIS OSBORN, in his individual capacity as Chief of the Nevada Highway Patrol; SERGEANT JUAN ARIAS, in his individual capacity; TROOPER F. HERRERA, in his individual capacity; TROOPER A. POEHL, in his individual capacity; TROOPER D. SLATTERY, in his individual capacity; B.O. ESTES, in her individual capacity; LAS VEGAS METROPOLITAN POLICE DEPARTMENT; NAPHCARE, INC.; DOES COMMAND STAFF I-X, inclusive, DOES XI – XX, inclusive, DOES XXI – XXX, inclusive; DOES CORRECTIONS EMPLOYEES I – X, inclusive; and DOES MEDICAL PROVIDERS I – X; inclusive;<br><br>Defendants. | CASE NO.: 2:15-CV-00324-APG-VCF<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFFS ROBIN AND BEVERLY BRUINS' REPLY TO [58] RESPONSE TO [53] MOTION TO AMEND COMPLAINT, SUBSTITUTE DOES** |

Gentile Cristalli
Miller Armeni Savarese
Attorneys At Law
410 S. Rampart Blvd., #420
Las Vegas, Nevada 89145
(702) 880-0000

1 of 2
Bruins – SAO Re Reply ISO Motion to Amend Complaint, Substitute Does

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiffs, ROBIN BRUINS and BEVERLY BRUINS, by and through their attorneys Paola M. Armeni, Esq. and Colleen E. McCarty, Esq., of the law firm of Gentile Cristalli Miller Armeni Savarese, and Defendants, LAS VEGAS METROPOLITAN POLICE DEPARTMENT and NAPHCARE, INC. (the "Corrections Defendants"), by and through their attorneys Shirley Blazich, Esq. and Michael McLoughlin, Esq., of the law firm of Alverson, Taylor, Mortensen & Sanders, that Plaintiffs Beverly Bruins and Robin Bruins shall have an extension up to, and including Tuesday, January 17, 2017, in which to file their Reply to [58] Response to [53] Motion to Amend Complaint, Substitute Does.

IT IS HEREBY STUPULATED.

Dated this 12th day of January, 2017.                    Dated this 12th day of January, 2017.

ALVERSON, TAYLOR, MORTENSEN                             GENTILE CRISTALLI
& SANDERS                                                MILLER ARMENI SAVARESE


By   /s/ Michael McLoughlin                              By:   /s/ Paola M. Armeni
   SHIRLEY BLAZICH, ESQ.                                    PAOLA M. ARMENI, ESQ.
   MICHAEL MCLOUGHLIN, ESQ.                                 COLLEEN M. MCCARTY, ESQ
   7401 W. Charleston Boulevard                             410 South Rampart Blvd., #420
   Las Vegas, Nevada 89117                                  Las Vegas. Nevada 89145
   Attorney for Corrections Defendants                      Attorneys for Plaintiffs

**ORDER**

The Court having reviewed and considered the Stipulation by the Parties, and good cause appearing therefore, **IT IS HEREBY ORDERED** that the Stipulation is hereby GRANTED. Plaintiff shall have up to, and including Tuesday, January 17, 2017, in which to file their Reply to [58] Response to [53] Motion to Amend Complaint, Substitute Does.

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE
Dated: January 12, 2017.

Bruins – SAO Re Reply ISO Motion to Amend Complaint, Substitute Does

Gentile Cristalli
Miller Armeni Savarese
Attorneys At Law
410 S. Rampart Blvd., #420
Las Vegas, Nevada 89145
(702) 880-0000