ALVERSON, TAYLOR, MORTENSEN & SANDERS
SHIRLEY BLAZICH, ESQ. (#008378)
MICHAEL McLOUGHLIN, ESQ. (#012820)
7401 W. Charleston Boulevard
Las Vegas, Nevada 89117
(702) 384-7000
efile@alversontaylor.com
*Attorneys for Defendants*
*NaphCare, Inc. and the Las Vegas*
*Metropolitan Police Department*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

>o<

| | |
|---|---|
| ROBIN BRUINS, individually; and BEVERLY BRUINS, individually,<br><br>Plaintiffs,<br><br>vs.<br><br>COLONEL DENNIS OSBORN, in his individual capacity as Chief of the Nevada Highway Patrol; SERGEANT JUAN ARIAS, in his individual capacity; TROOPER F. HERRERA, in his individual capacity; TROOPER A. POEHL, in his individual capacity; TROOPER D. SLATTERY, in his individual capacity; B.O. ESTES, in her individual capacity; LAS VEGAS METROPOLITAN POLICE DEPARTMENT; NAPHCARE, INC.; DOES CORRECTIONS EMPLOYEES I-X, inclusive; and DOES MEDICAL PROVIDERS I-X, inclusive,<br><br>Defendants. | Case No. 2:15-cv-00324-APG-VCF<br><br>**STIPULATION AND ORDER TO DISMISS DEFENDANTS NAPHCARE, INC. AND LAS VEGAS METROPOLITAN POLICE DEPARTMENT WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED, by and between the parties to this litigation, by and through their respective undersigned attorneys of record, that Defendants

-1-

NAPHCARE, INC. and LAS VEGAS METROPOLITAN POLICE DEPARTMENT be dismissed, with prejudice, with each party to bear their own fees and costs.

IT IS SO STIPULATED this 17th day of April, 2017

| ALVERSON, TAYLOR, MORTENSEN & SANDERS | GENTILE, CRISTALLI, MILLER, ARMENI & SAVARESE |
|---|---|
| By  /s/ Shirley Blazich *<br>SHIRLEY BLAZICH, ESQ.<br>7401 W. Charleston Boulevard<br>Las Vegas, Nevada 89117<br>*Attorneys for Defendants*<br>*NaphCare, Inc. and the Las Vegas*<br>*Metropolitan Police Department* | By  /s/ Paola M. Armeni *<br>PAOLA M. ARMENI, ESQ.<br>COLLEEN M. MCCARTY, ESQ<br>LAUREN E. PAGLINI, ESQ.<br>410 South Rampart Boulevard, Suite 420<br>Las Vegas. Nevada 89145<br>*Attorneys for Plaintiffs*<br>*Robin and Beverly Bruins* |

OFFICE OF THE ATTORNEY GENERAL

By  /s/ David R. Keene *
DAVID R. KEENE, II, ESQ.
Deputy Attorney General
State of Nevada
555 E. Washington Ave., #3900
Las Vegas, NV 89101
*Attorneys for Defendants*
*Colonel Dennis Osborn, Sergeant*
*John Arias, Trooper F. Herrera,*
*Trooper A. Poehl, Trooper D. Slattery,*
*B.O. Estes*
*electronic signatures used with permission

**IT IS SO ORDERED.**

Dated this 19th day of April, 2017.

_____
UNITED STATES DISTRICT COURT JUDGE

# CERTIFICATE OF SERVICE

I hereby certify that on the 18th day of April, 2017, I served a copy of the foregoing **STIPULATION AND ORDER TO DISMISS DEFENDANTS NAPHCARE, INC. AND LAS VEGAS METROPOLITAN POLICE DEPARTMENT WITH PREJUDICE** through the Court's CM/ECF filing system, to:

Paola M. Armeni, Esq. (#008357)
Colleen E. McCarty, Esq. (#013186)
Lauren E. Paglini, Esq. (#14254)
Gentile, Cristalli, Miller, Armeni
    & Savarese
410 S. Rampart Blvd., Suite 420
Las Vegas, Nevada 89145

*Attorneys for Plaintiffs*

David R. Keene, Esq. (#11826)
Deputy Attorney General,
Public Safety Division
555 E. Washington Ave., #3900
Las Vegas, NV 89101

*Attorneys for Defendants, Colonel Dennis Osborn, Sergeant Juan Arias, Trooper F. Herrera, Trooper D. Slattery, Trooper A. Poehl, and B.O. Estes*

                    /s/ Renee Carreau
                    An Employee of
                    ALVERSON, TAYLOR, MORTENSEN & SANDERS

N:\shirley.grp\CASES\22488\pleadings\sao re dimissal.doc