# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| ROBIN BRUINS and BEVERLY BRUINS,<br><br>　　　　　Plaintiffs,<br><br>v.<br><br>DENNIS OSBORN, *et al.*,<br><br>　　　　　Defendants. | Case No. 2:15-cv-00324-APG-VCF<br><br>**ORDER SETTING HEARING** |

IT IS ORDERED that the plaintiffs' motion for reconsideration (ECF No. 69) is **set for hearing on February 28, 2018 at 11:00 a.m. in courtroom 6C in Las Vegas before Judge Andrew P. Gordon**.

The parties should be prepared to discuss whether the motion for reconsideration is timely given the time lapse between my prior order, the relevant depositions, and the filing of the motion. Additionally, the parties should be prepared to discuss the circumstances surrounding whether prior defense counsel Adam Honey and/or the defendants knew that the Bruins' license plate could be run through the computer database with the "+ sign" prior to the first motion for summary judgment, and if so, why that information was not disclosed to either the Bruins or the court. The parties also should be prepared to discuss whether, if the motion is timely, reconsideration is warranted on any of the grounds in the plaintiffs' motion. Each side is limited to 10 minutes of argument.

DATED this 22nd day of February, 2018.

　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　ANDREW P. GORDON
　　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE