# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

* * *

| | |
|---|---|
| ROBIN BRUINS and BEVERLY BRUINS,<br><br>     Plaintiffs,<br><br>v.<br><br>DENNIS OSBORN, *et al.*,<br><br>     Defendants. | Case No. 2:15-cv-00324-APG-VCF<br><br>**ORDER DEEMING ORDER TO RESPOND SATISFIED** |

Having considered the defendants' response to my order requiring them to address whether and when the defendants ran the plaintiffs' license plate with the + symbol (ECF No. 85),

IT IS ORDERED that my order directing a response (ECF No. 83) is deemed satisfied and I will not issue an order to show cause regarding sanctions.

DATED this 3rd day of April, 2018.

                    _____
                    ANDREW P. GORDON
                    UNITED STATES DISTRICT JUDGE