# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ROBIN BRUINS and BEVERLY BRUINS, | Case No.: 2:15-cv-00324-APG-GWF |
| Plaintiffs | **Order for Status Report** |
| v. | |
| DENNIS OSBORN, et al., | |
| Defendants | |

IT IS ORDERED that on or before December 14, 2018, the parties shall file a status report regarding what, if anything, remains of this case.

DATED this 29th day of November, 2018.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE