# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ROBIN BRUINS and BEVERLY BRUINS, | Case No.: 2:15-cv-00324-APG-GWF |
| Plaintiff | **Order Closing Case** |
| v. | |
| DENNIS OSBORN, et al., | |
| Defendants | |

In light of the parties' status report (ECF No. 101) indicating that this matter has been resolved in its entirety,

IT IS ORDERED that the clerk of court is instructed to close this case.

DATED this 10th day of December, 2018.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE